# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-112-RLV-DSC

| | |
|---|---|
| KATHRYNN AUBREA MORGEN, f/k/a MINDY OLSEN MYERS | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| STUDENT LOAN FINANCE CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion for Admission Pro Hac Vice and Affidavit [for William Henry Rooks]" (document # 15) filed August 11, 2017. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 11, 2017

David S. Cayer
United States Magistrate Judge